UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL VARGAS,

                          Plaintiff,                          26-cv-3429 (JGK)

        - against -                                           Order

POLICE OFFICER JOHN DOE #1, ET
AL.,

                          Defendants.

JOHN G. KOELTL, District Judge:

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time
for the defendant, the City of New York, to answer the complaint was originally
May 21, 2026. See ECF No. 9. To date, no answer has been filed.

    The time for the City to answer or respond to the complaint is extended
until **June 9, 2026.** Failure to respond to the complaint by this date could re-
sult in a default judgment being entered against the City.

    The plaintiff shall serve a copy of this Order on the City and file proof of
service on the docket by **May 29, 2026.**

SO ORDERED.

Dated:      New York, New York
            May 26, 2026                    _____
                                                     John G. Koeltl
                                            United States District Judge