UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DANIEL VARGAS,
Plaintiff(s)

26 civ 3429 (JGK)

-against-

POLICE OFFICER JOHN DOE #1, et al,
Defendant(s).
-----------------------------------------------------------X

**ORDER**

The conference scheduled for Wednesday, August 5, 2026, at 3:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
July 28, 2026