**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DANIEL VARGAS,**

**Plaintiff,**

**- against -**

**CITY OF NEW YORK, ET AL.,**

**Defendants.**

---

**26-cv-3429 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **August 11, 2026.**

**SO ORDERED.**

**Dated:** **New York, New York**
**July 29, 2026**

**John G. Koeltl**
**United States District Judge**